**BECK v. STATE.**

No. 24702.

Court of Criminal Appeals of Texas.

March 15, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for murder with malice aforethought; the punishment assessed is confinement in the state penitentiary for a term of five years.

The indictment and all other matters of procedure appear to be in regular form. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.